# FIRST DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

_____

No. 1D2025-3018
_____

JOSE JUAN IRIZARRY MOTA,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

_____

On appeal from the Circuit Court for Alachua County.
James Matthew Colaw, Judge.

June 9, 2026

PER CURIAM.

AFFIRMED.

KELSEY, LONG, and TREADWELL, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____

Jose Juan Irizarry Mota, pro se, Appellant.

James Uthmeier, Attorney General, Tallahassee, for Appellee.